Clint D. Robison (SBN 158834)
O'Hagan Meyer PLLC
21650 Oxnard Street, Suite 530
Woodland Hills, CA  91367
213-306-1620 – T
213-306-1615 – F
crobison@ohaganmeyer.com

Attorneys for Defendant,
GOLFBALLS.COM, INC., A LOUISIANA CORPORATION, D/B/A WWW.GOLFBALLS.COM

**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS LICEA,<br><br>         Plaintiff,<br><br>v.<br><br>GOLFBALLS.COM, INC., a Louisiana corporation, d/b/a WWW.GOLFBALLS.COM,<br><br>         Defendant. | CASE NO. 25CV1661 CAB VET<br><br>Judge Cathy Ann Bencivengo<br><br>Next Court Deadline: None.<br><br>**JOINT MOTION AND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Pursuant to Civil Local Rules 7.2 and 12.1 the parties submit the following joint motion, and stipulate to the following:

WHEREAS, Plaintiff filed their Complaint on June 27, 2025;

WHEREAS, Defendant seeks additional time to file its responsive pleading to the Complaint, up to and including August 27, 2025;

WHEREAS, there is good cause to extend this deadline. Defendant anticipates filing a lengthy Motion to Dismiss the Plaintiff's Complaint;

WHEREAS, Plaintiff's counsel suffers no prejudice from the delay in receiving Defendant's responsive pleading to the Complaint;

WHEREAS, this is the first extension of time requested by the Defendant regarding Defendant's responsive pleading in this matter.

**JOINT MOTION AND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

1       WHEREAS, the Parties are working together cooperatively.

3   Dated: July 30, 2025

_____
Clint D. Robison (SBN 158834)
O'HAGAN MEYER
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367
Telephone:    (213) 306-1610
Facsimile:     (213) 306-1615
crobison@ohaganmeyer.com
Attorney for Defendant,
Golfballs.com, Inc., d/b/a www.golfballs.com

_____
David W. Reid (SBN 267382)
PACIFIC TRIAL ATTORNEYS
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469
dreid@pacifictrialattorneys.com
Attorney for Plaintiff,
Luis Licea

**JOINT MOTION AND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 30, 2025, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

_____
Sarah Williams
O'HAGAN MEYER
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367

**JOINT MOTION AND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**