1  Clint D. Robison (SBN 158834)
   O'Hagan Meyer PLLC
2  21650 Oxnard Street, Suite 530
   Woodland Hills, CA  91367
3  213-306-1620 – T
   213-306-1615 – F
4  crobison@ohaganmeyer.com

5  Attorneys for Defendant,
   GOLFBALLS.COM, INC., A LOUISIANA
6  CORPORATION, D/B/A
   WWW.GOLFBALLS.COM
7

**IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS LICEA,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOLFBALLS.COM, INC., a Louisiana corporation, d/b/a WWW.GOLFBALLS.COM,<br><br>　　　Defendant. | CASE NO. 25CV1661 CAB VET<br><br>Judge Cathy Ann Bencivengo<br><br>Next Court Deadline: None.<br><br>**[PROPOSED ORDER] REGARDING JOINT MOTION AND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

　　　The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Motion and Stipulation to Extend Time to File Responsive Pleading to the Complaint Pursuant to Civil Local Rules 7.2 and 12.1 is hereby **GRANTED**.

　　　**IT IS HEREBY ORDERED** that the time by which the Defendant must file a responsive pleading to the Plaintiff's Complaint is extended up to and including August 27, 2025.

　　　**IT IS SO ORDERED.**

Dated: _____
　　　　　　　　　　　　　　　Honorable Cathy Ann Bencivengo
　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 30, 2025, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

_____
Sarah Williams
O'HAGAN MEYER
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367