|  |  |
|---|---|
| 1 | |
| 2 | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA,<br><br>                         Plaintiff,<br><br>v.<br><br>GOLFBALLS.COM, INC., a Louisiana corporation, d/b/a WWW.GOLFBALLS.COM,<br><br>                         Defendant. | Case No.: 25-cv-1661-CAB-VET<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION EXTENDING DEFENDANT'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>[Doc. No. 5] |

Plaintiff Luis Licea and Defendant Golfballs.com, Inc. filed a joint motion to extend the deadline for Defendant to file a responsive pleading. [Doc. No. 5.] The Court being fully advised, the parties' Joint Motion and Stipulation to Extend Time to File Responsive Pleading to the complaint is hereby **GRANTED**. Defendant must file a responsive

//
//
//

1  pleading to Plaintiff's complaint by **August 27, 2025**.

2      It is **SO ORDERED**.

3  Dated: July 30, 2025

4

5                      Hon. Cathy Ann Bencivengo
                        United States District Judge